FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 05, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WASHINGTON-IDAHO CEMENT MASONS-EMPLOYERS RETIREMENT TRUST FUND and Trustees of the Washington-Idaho Cement Masons-Employers Retirement Trust Fund,<br><br>Plaintiffs,<br><br>v.<br><br>DGR*GRANT CONSTRUCTION INC., a Washington corporation, and GEORGE A. GRANT INC. a Washington corporation,<br><br>Defendants. | NO. 2:17-cv-00256-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice Pursuant to FRCP 41(a)(1)(A)(ii), ECF No. 42. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs or attorney fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//

//

**ORDER OF DISMISSAL** 1

//

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion to Dismiss with Prejudice Pursuant to FRCP 41(a)(1)(A)(ii), ECF No. 42, is **GRANTED**.

2. This matter is **DISMISSED with prejudice** and without costs or attorney fees to any party.

3. Any pending motions are **dismissed as moot**.

4. The trial date and any remaining pretrial deadlines are **stricken**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 5th day of August 2019.



Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL ~ 2**